IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION (GREENBELT)

PHILIPPE A. ROUSSEAUX,

    Plaintiff-Petitioner,

v.

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

    Defendant-Respondent.

Civil Action No. 8:08-cv-00782-RWT

## NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff-Petitioner Philippe A. Rousseaux and Defendant-Respondent Financial Industry Regulatory Authority, Inc. ("FINRA") hereby stipulate to a dismissal of all claims, without prejudice, in the above action. Each party agrees to bear their own costs and fees. Accordingly, this case can be closed without further order of the Court.

DATED: October 14, 2008